# MINUTE ORDER

Page 1

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse - 11th Floor     Date: 01/21/25    Time: 2:00 p.m.

Defendant: Pedro Juan Dominguez    J#: 13978-506    Case #: 24-20311-CR-WILLIAMS/GOODMAN

AUSA: Robert Motani     Attorney: Jessica Caso-Pedraja - TEMP

Violation: Conspiracy to distribute a controlled substance    Surr/Arrest Date: 01/17/2025   YOB: 1955

Proceeding: Initial Appearance     CJA Appt:

Bond/PTD Held: ☐ Yes ☐ No    Recommended Bond: TEMP - Pretrial Detention

Bond Set at:     Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ___
- ☐ Other: ___

Language: Spanish

Disposition:
- Deft. advised of rights and charges
- Atty Jessica Caso-Pedraja filed a temporary N.O.A.
- Out-of-state NJ Atty Robert Wolf present will file a motion to appear pro hac vice;
- Gov't seeks PTD, flight/danger
- ☑ Mtn for PTD hearing is Granted.

Brady order Given

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:    Time:    Judge:    Place:

(Report RE Counsel:) 2-4-25   10:00 am   Duty Magistrate Judge
(PTD)/Bond Hearing: 1-29-25   1:00 pm   Duty Magistrate Judge
Prelim/Arraign or Removal: 2-4-25   10:00 am   "   "   "
Status Conference RE:

D.A.R. 15:26:03 ; 15:31:23     Time in Court: 11 Minutes

s/Lauren F. Louis     Magistrate Judge