UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-cr-20311-KMW-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PEDRO JUAN DOMINGUEZ,

    Defendant.
_____

## DEFENDANT PEDRO JUAN DOMINGUEZ'S
## NOTICE OF CHANGE OF MAILING ADDRESS

The undersigned attorney for Defendant, PEDRO JUAN DOMINGUEZ, pursuant to

SDFL LR 5.1 and 11.1(g) and CM/ECF Administrative Procedures 3D, files this

Notice of Change of Address and requests that copies of all future pleadings,

papers, and communications be directed to his new office address, as follows:

**CASO PEDRAJA LAW P.A.**
9700 South Dixie Highway,
Suite 600, Miami, Florida 33156

[Continued on next page]

The undersigned's email address and other contact information remain the same.

**DATED** January 29, 2025.

Respectfully submitted,

**CASO PEDRAJA, P.A.**

By: ~~/s/Jessica Caso Pedraja~~
JessicaCasoPedraja.,Esq.
Florida Bar No.:482234 Attorney for Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 29, 2025, the foregoing Defendant Pedro Dominguez's Notice of Change of Mailing Address was electronically filed with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing (NEF) to all counsel of record registered therein.

**CASO PEDRAJA LAW, P.A.**

By: ~~/s/Jessica Caso Pedraja Jessica~~
Caso Pedraja, Esq.
Florida Bar No.:482234
Attorney for Defendant  9700 South Dixie Highway, Suite 600.
Miami, Florida 33156
Telephone: 305-810-9781 Email:
jessica@casopedrajalaw.com