# COURT MINUTES

Page 6

## Magistrate Judge Lisette Marie Reid

Atkins Building Courthouse - 3rd Floor  Date: 1/29/2025  Time: 1:00 p.m.

Defendant: Pedro Juan Dominguez   J#: 13978-506   Case #: 24-CR-20311-WILLIAMS
AUSA: Kevin Gerarde   Attorney: Jessica Caso-Pedraja (TEMP) & Robert Wolf (PRO HAVE VICE)
Violation: CONSPIRACY TO DISTRIBUTE COCAINE INTO THE UNITED STATES
Proceeding: Detention Hearing   CJA Appt:
Bond/PTD Held: ☐ Yes ☒ No   Recommended Bond: TEMP - Pretrial Detention
Bond Set at:   Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:
*Brady Order given 1-21;
RRC & Arraign set for 2-4 @10am*

- Stip PTD w/right to revisit

- Deft's Oral motion for a continuance of RRC & Arraignment is GRANTED

Time from today to 2/20/25 excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel: 2/20/25
PTD/Bond Hearing: 1:30   Duly   Miami
Prelim/Arraign or Removal: 2/20/25
Status Conference RE:
D.A.R. 13:21:12   Time in Court: 3 minutes