UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-cr-20311-KMM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PEDRO JUAN DOMINGUEZ,

    Defendant.

_____

## NOTICE OF PERMANENT APPEARANCE
## AS CO-COUNSEL OF RECORD

**COMES NOW** Larry T. McMillan, Esq. and files his appearance as co-counsel of record for the above-named Defendant.

Counsel agrees to represent the Defendant in all proceedings currently pending in the United States District Court in and for the Southern District of Florida arising out of the transaction with which the Defendant is presently charged.

Undersigned Counsel represents that he is admitted to practice in this Court and hereby states that this appearance is unconditional and in conformity with the requirements of S.D. Fla. Loc. R. 11.1 and the Special Rules Governing the Admission and Practice of Attorneys in this District.

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

Counsel acknowledges responsibility to advise the Defendant of the right of appeal and to file a timely notice of appeal if requested to do so by the Defendant. However, counsel has not been retained for purposes of appeal.

Undersigned counsel requests that all pleadings, correspondence, and other communications related to this cause be directed to undersigned counsel at the address specified below.

**DATED:** February 5, 2025.

        Respectfully submitted,

        **Donet, McMillan & Trontz, P.A.**

    By: /s/Larry T. McMilan
        Larry T. McMillan, Esq.
        Florida Bar No.: 998745
        Co-Counsel for Defendant

[Certificate of Service on next page]

Page **2** of 3

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 5, 2025, undersigned counsel electronically filed the foregoing Defendant's Notice of Permanent Appearance with the Clerk of the Court using CM/ECF, which will send a Notice of Electronic Filing (NEF) to all counsel of record.

**Donet, McMillan & Trontz, P.A.**

By: /s/Larry T. McMilan
Larry T. McMillan, Esq.
Florida Bar No.: 998745
Co-Counsel for Defendant
100 Almeria Avenue, Suite 230
Coral Gables, Florida 33134
Telephone: 305-444-0030
Email: mcmillan@dmtlaw.com
Email: paralegals@dmtlaw.com

Page **3** of **3**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com