# COURT MINUTES

Page 1

## Magistrate Judge Eduardo I. Sanchez

Atkins Building Courthouse - 6th Floor     Date: 2/6/2025    Time: 10:00 a.m.

Defendant: Pedro Juan Dominguez    J#: 13978-511    Case #: 24-CR-20311-WILLIAMS

AUSA: Kevin Gerarde    Attorney: David Donet, Jr. & Larry McMillan (PERM)

Violation: Conspiracy to Distribute Cocaine into the U.S.

Proceeding: Arraignment     CJA Appt:

Bond/PTD Held: ☐ Yes ☐ No    Recommended Bond:

Bond Set at: STIP- Pretrial Detention    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:
Brady Order given 1/21

Reading of indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested.
Defendant Arraigned

Brady Order Given

Time from today to ____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. 10:20:25, 10:21:43    Time in Court: 2 Minutes