# MINUTE ORDER

Page 8

## Magistrate Judge Edwin G. Torres

**King Building Courtroom 10-5**  Date: 2/20/2025   Time: 11:30 AM

| | |
|---|---|
| Defendant: Pedro Juan Dominguez | J#: 13978-511   Case #: 24-20311-CR-WILLIAMS |
| AUSA: Lynn Kirkpatrick | Attorney: David Donet & Larry McMillan (PERM) |
| Violation: Conspiracy to Distribute Cocaine into the United States | Surr/Arrest Date:   YOB: |

Proceeding: Detention Hearing/ Report Re: Counsel    CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No    Recommended Bond:
Bond Set at: Pretrial Detention    Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs
☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
☐ Random urine testing by Pretrial Services
☐ Treatment as deemed necessary
☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment
☐ Maintain or seek full-time employment/education
☐ No contact with victims/witnesses, except through counsel
☐ No firearms
☐ Not to encumber property
☐ May not visit transportation establishments
☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
☐ Travel extended to:
☐ Other:

Language: Spanish

Disposition:
Brady Order given on 2/6/25. Pretrial Detention hearing held. Witness, Special Agent, M. Mariabello (TFO) sworn and testified. Government's Ore Tenus Motion for Pretrial Detention- GRANTED based on risk of flight. The Court discharged Counsel, Jessica Caso and Robert Wolf from the case.

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:    Time:    Judge:    Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. EGT-11:53:21    Time in Court: 35 mins.

s/Edwin G. Torres    Magistrate Judge