UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-cr-20311-KMM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PEDRO JUAN DOMINGUEZ,

    Defendant.

_____

**ORDER GRANTING
DEFENDANT PEDRO JUAN DOMINGUEZ'
UNOPPOSED MOTION TO CONTINUE TRIAL AND RELATED DEADLINES**

**THIS CAUSE** came before the Court on the DE [ ] Unopposed Motion to Continue Trial and Related Deadlines filed by Defendant PEDRO JUAN DOMINGUEZ; and the Court having reviewed said Motion and being otherwise duly advised in the premises, it is upon consideration,

**ORDERED AND ADJUDGED** that the motion is **GRANTED**.

The new trial date and pretrial instructions shall be set forth in a separate Order.

**DONE AND ORDERED** in the Southern District of Florida on _____, 2025.

_____
**HON. KATHLEEN M. WILLIAMS**
United States District Judge

Copies to Counsel of Record.