UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-cr-20311-KMM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PEDRO JUAN DOMINGUEZ,

    Defendant.

_____

## DEFENDANT PEDRO JUAN DOMINGUEZ' NOTICE OF FILING LETTERS TO THE COURT FOR CONSIDERATION AT SENTENCING

    The Defendant, PEDRO JUAN DOMINGUEZ, by and through his undersigned attorney, hereby files copies of letters addressed to the Court for consideration at sentencing. Said copies are attached hereto and incorporated herein as Composite Exhibit "A."

    **DATED:** September 30, 2025.

                                            Respectfully submitted,

                                            **Donet, McMillan & Trontz, P.A.**

                              By: /s/ David A. Donet, Jr.
                                            **David A. Donet, Jr., Esq.**
                                            Florida Bar No.: 128910
                                            Attorney for Defendant

    [Certificate of Service on next page]

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 30, 2025, undersigned counsel electronically filed the foregoing Defendant's Notice of Filing Letters to the Court for Consideration at Sentencing with the Clerk of the Court using CM/ECF, which will send a Notice of Electronic Filing (NEF) to all counsel of record.

                **Donet, McMillan & Trontz, P.A.**

By: /s/ David A. Donet, Jr.
     **David A. Donet, Jr., Esq.**
     Florida Bar No.: 128910
     Attorney for Defendant
     100 Almeria Avenue, Suite 230
     Coral Gables, Florida 33134
     Telephone: 305-444-0030
     Email: donet@dmtlaw.com
     Email: paralegals@dmtlaw.com

Page **2** of **2**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com