UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-cr-20311-KMM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PEDRO JUAN DOMINGUEZ,

    Defendant.

_____

**COMPOSITE EXHIBIT "A"**
**TO**
**DEFENDANT PEDRO JUAN DOMINGUEZ' NOTICE OF FILING**
**LETTERS TO THE COURT FOR CONSIDERATION AT SENTENCING**

**Letters addressed to the Court.**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

Honorable Judge Williams,

First, thank you for taking a few minutes of your valuable time to read these lines dedicated to my beautiful memories with my beloved father.

I close my eyes, and the memories of my childhood return to me like a gentle breeze. I remember our mornings together: my father cared for me in the mornings because his work shift was in the afternoon. I recall our hide-and-seek games: he would hide, and I, holding my mother's hand timidly, would look for him quietly until he suddenly jumped out of his hiding place, and we all filled with joy (I can still hear my laughter). I recall my first concert, sitting on his shoulders: I was only three years old, but I remember it as if it were yesterday. All my life, we have shared a love for singing and dancing.
I remember my first school entrance exam when I was six years old. That summer, my father begged a teacher to teach me how to read and write so that I could be admitted to first grade. I close my eyes and see him sitting next to me with his hands clasped in prayer while I held the sheet I had to read. I succeeded. We jumped with joy before the delighted eyes of the principal. You see, my father never had the chance to study; he only learned the basics to get by in this changing world. Yet he always fought for his children to be educated. He taught me to love learning and the importance of instruction. Without a doubt, my father has been my most significant support in life, emotionally, spiritually, and physically. Every academic milestone was reached with him holding my hand, working tirelessly so that my siblings and I never lacked a book. I remember him selling clothes, household items, or cars. Life was never easy for him, yet without complaining and always with a smile, he gave us the best he could.

He proudly walked beside me at my high school graduation. He jumped for joy when I was awarded the plaque for excellence. He was there in the crowd when I delivered my medical school graduation speech; I saw his face filled with pride and love. Yes, without a doubt, my father has always been there, supporting me unconditionally through every step, every health challenge, every residency interview, at the birth of my children. His prayers have never failed. He woke up countless early mornings to take me to the hospital for work. Truly, the debt I owe is great; it is impossible to enumerate all that I owe him. My father is my angel, my protector, my rock.
His life has undoubtedly been challenging. From childhood, he worked to help his mother, and as a young father, he was always responsible and loving with his children. God rewarded us with him.

I know that ignorance is no excuse—it is our responsibility to know where we stand and with whom we walk. But my father would never intentionally harm anyone. On the contrary, he has always helped those around him. He has been an exemplary son, brother, cousin, and friend. One mistake should not define an entire existence.

I wish you could see my beloved father through my eyes; not judge him solely by what is written on paper. That is not his story, and most certainly not his legacy.

The Word of God says in Matthew 7:17–20: *"Every good tree bears good fruit, but a bad tree bears bad fruit. A good tree cannot bear bad fruit... therefore, by their fruits you will know them."* I am one of the fruits of my father, along with my siblings and his grandchildren—we are the result of his love, example, devotion, and hard work. I only ask for mercy and benevolence for a man of a noble heart who made a mistake.

May God bless you, and thank you once again for reading these lines that come from the soul of a daughter pleading for her beloved father.

Respectfully,

Jeannette Domínguez

Proud daughter of Pedro Juan Domínguez

*"Surely no daughter has ever had a better father."*

Dear Judge Williams,

I want to start by thanking you for reading my letter, and I hope that you are doing well when you receive this.

As you can imagine, the past few months have been challenging for my family. My grandfather's troubles with the law have brought us great sadness, and his absence has left a hole in our family that has been hard to ignore.

My mother, in all her attempts to keep me updated with his trial proceedings, has been unable to explain to me the full extent of his charges, and I do not blame her; as the law isn't her area of expertise and this has also been especially hard on her as she has always been close with her father.

Still, I understand that the accusations that he has received do carry jail time and that I may not get to spend time with him the same way I could throughout my childhood, a reality that has greatly upset me. I have been particularly saddened by his absence on my 18th birthday and my high school graduation, two events that I know he was looking forward to, and I wish he could have been there.

My grandfather has always meant so much to me and my family, and I have always loved spending time with him. He may not be perfect, but I can still confidently say that he is one of the best men I know and somebody I wish to be like as I grow older.

My grandfather and my grandmother marked my early childhood years. From ages one through six, I lived with them in my hometown, as my mother was doing her medical residency in another city. This meant I could only see my mom on the weekends, and for the most part, it was just my grandparents and me.

Both he and my grandmother had been separated for some time, but in spite of that, they worked together to raise me, and they did so with love and affection. He worked hard to support me as if I were his own child and helped with my schooling, as he didn't want me to lack education the same way he did when he was a boy.

As I grew older, he remained a positive figure in my life and somebody whom I always looked up to; his optimism and positive outlook towards life made him the type of person you always felt happy around. All of the people close to him can attest to the fact that he is a great man who will always help a friend or relative in need, and one day I hope to be as loved and respected by my family as he is by us.

It's hard to condense and summarize what my grandfather means to me and how much his absence has felt in a single letter, but I hope that what I wrote here can give you an idea of the man that he is and how loved he truly is by everyone who has had the pleasure of meeting him.

I hope these words have helped you see him through my eyes and that, thanks to them, you are able to make a more informed judgment in his case. I only ask that you be fair in your sentence, and please remember that the man standing before you is not a bad man, but a good man who trusted the wrong people.

While it breaks my heart to see him go away, I must recognize that ignorance is sometimes not a valid excuse in the eyes of the law and that there are inevitable consequences that he may have to face. I trust

that you will be just in your sentencing, and I hope that after he pays his debt to society, I will get to enjoy spending time with my grandfather once again.

Sincerely,

Adrian Succart.

Honorable Judge Williams,

While looking for a meaningful way to begin this letter, I came across a quote by Bryan Stevenson: *"Each of us is more than the worst thing we've ever done."*

Those words resonate with me, particularly because during these challenging times, I have found myself offering a similar version of that message to my wife, Pedro Dominguez's daughter, in an effort to ease her conflict and the pain caused by his actions. For her, and for all of us, the impact has come in stages—shock, denial, anger, sadness—much like the process of grief.

I was hesitant to write this letter for two reasons. First, I questioned whether it would have any real influence. Second, I never had a sound relationship with my father-in-law; it was cordial and respectful, but I never felt fully accepted by him, perhaps due to a mix of caution and reserve on his part, and possibly my own preferences and biases.

Nevertheless, I feel compelled to share my thoughts about the man whose fate will soon be in your hands. As the husband of his daughter, I have witnessed sides of Pedro that the court may not have seen.

Despite what is written in police reports, Pedro Dominguez is not a criminal mastermind. He is a man of integrity who, in ignorance of the true nature and consequences of his actions, became entangled in circumstances he never anticipated. He never imagined those choices would lead him to face years in prison.

My background—having served as a law enforcement officer and now as a financial crime investigator in Florida—gives me a perspective shaped by training, experience, and exposure to numerous cases. I recall, in the police academy, practicing courtroom testimony under the guidance of a Colorado State District Judge who taught us to say: "based on my training and experience…" Now I find myself saying those exact words to you about my father-in-law.

Based on my training, experience, and familiarity with him, I can say that he is not the person portrayed in the charging documents. He is a devoted father, a man of faith, and someone who genuinely cares for others. His actions were not motivated by malice, but by limited understanding and the desire to provide for his family. He knew what he was doing on a surface level, yes, but he did not fully comprehend the gravity of his behavior or the devastating consequences for those around him— especially his daughter and sons.

I can attest to his intellect, but also to his limited ability to foresee the long-term consequences of his decisions.

I have seen this pattern before, and I know you have seen it many more times: individuals who, without full awareness, make choices in pursuit of easy money, fleeting acceptance, or simply a misguided

sense of opportunity. Although *ignorantia juris non excusat*, Pedro not only failed to grasp the legal consequences of his actions, but also failed to appreciate the acts themselves as harmful. To him, they may have appeared innocuous, victimless, and of little consequence.

Justice must be served, yes. But I have learned that most individuals who commit crimes should not be demonized. Considering his *mens rea* and limited educational background, I believe his lack of understanding—not malice—was the factor that led him astray.

Pedro Dominguez is living proof of Stevenson's quote—he is undoubtedly more than the worst thing he has ever done. Like many others, he is a man who made a grave mistake, one that he already regrets and has reflected upon deeply. His time at the detention center has been marked by remorse and learning, and I believe he has the potential to contribute positively to society upon his release.

I respectfully ask that you take these realities into account when determining his sentence. I trust in your wisdom and fairness to weigh not only the act, but also the man behind it.

Sincerely,

*Daniel Villar*

Dear Judge Williams,

My name is Bruce Dominguez, and I am writing to share my perspective on my father, Pedro Dominguez. It is difficult to put into words the influence he has had on my life and the role he continues to play in our family.

Growing up with him as my father shaped me into the man I am today. He taught me the importance of honesty, hard work, and treating people with respect. From a young age, he showed me by example what it means to take responsibility and care for those you love. These lessons didn't come from lectures but from the way he lived his life, always putting family first and showing up when it mattered most.

Now that I am a father myself, I realize even more how much I learned from him. The patience I try to show my children, the way I listen to them, and the values I work hard to pass on all of that comes from watching my dad. His example is the foundation of the family we have built today.

My father has always been my biggest supporter, someone who believed in me even when I doubted myself. Because of him, I learned perseverance and the value of doing what's right, even when it's hard. He is more than just a father to me; he is a role model, a source of strength, and now a loving grandfather who adores his grandchildren and takes pride in being part of their lives.

I understand that this current situation is serious, but it does not erase the man I know: a man of compassion, integrity, and deep love for his family. We need him in our lives, not just as a father and grandfather, but as the guiding presence he has always been.

Thank you for allowing me to share my thoughts.

Pedro Dominguez
2780 NE 183RD ST APT 1106
Aventura, FL 33160
786-520-1542 · Pedrodominguez.mer@gmail.com

August 15, 2025

The Honorable Kathleen Williams
Wilkie Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Miami, FL 33128

Re: Sentencing of Pedro Juan Dominguez, Case No. 24-20311

Dear Judge Williams:

I respectfully write on behalf of my father, Pedro Juan Dominguez, who is scheduled for sentencing in your court. I understand the gravity of the matter before you and do not seek to minimize his actions. I ask only that you consider the totality of his life, his character, and the profound role he has played in our family.

My father is 70 years old and has been the center of our family for decades. He grew up in very difficult circumstances: his parents divorced when he was a young child, and as the youngest he moved between relatives' houses. Because of long gaps from school, by age 15 he had only reached the fifth grade. He came to the United States when he was 16 and has carried with him a lifelong regret that he was not able to complete his education or learn English as a child.

Because of those hardships, my father always pushed my siblings and me to value education. He used his own experience as a warning and a motivator, telling us how hard life was without schooling and how he did not want us to suffer the same way. He insisted we study, work hard, and graduate from college. He has been a constant provider and protector, caring for us when we were sick, encouraging us at school events, supporting my sports activities, and teaching us to be responsible and compassionate.

Every week I visit him I feel his shame, his sadness, and his regret for the mistake he made. It is painful for him to see his sons and daughter suffering for something he caused. He carries deep remorse, and I witness how this weighs on him each time we are together.

At 70 years old, the thought of being separated from him for a lengthy time is devastating. I hope for the opportunity to have him near so I can hug him, eat a meal with him, and allow him to see me as a father. It matters deeply to me that he be able to witness how I am raising my children and, if possible, tell me that I am being a good dad. His presence is irreplaceable for our family.

My father accepts responsibility and is remorseful, but that does not erase the fear we both feel that he may spend his last years in prison away from his loved ones. I cannot imagine how difficult this decision is for the Court, and I trust you will weigh all factors carefully. I hope this letter conveys the sincerity of my plea: behind my father's crime is a man who, for decades, has shown love, sacrifice, and care for his family and community, and who would not make the same mistakes again.

Thank you for your time and thoughtful consideration of his lifelong character and the hardship his extended absence would cause our family.

Respectfully submitted

Pedro Dominguez
Son

Astrid Ortiz
2780 NE 183rd St
Aventura, FL 33160
Phone: (347)443-6899
Email: ortiz1astrid@gmail.com

August 09, 2025

The Honorable Kathleen Williams
Willie Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Miami, FL 33128

Re: Sentencing of Pedro Juan Dominguez, Case No. 24-20311

I am writing to express my full support for my father-in-law, Pedro Dominguez, whom I have known for 15 years. In that time, he has been more than a father-in-law to me, he has truly been like a second father.

He is deeply devoted to his children and grandchildren, always making family his top priority. He helped me secure my first job after graduation, encouraged me through another degree, and has been the kind of grandfather who will gladly babysit at a moment's notice. His generosity, encouragement, and unwavering support have been a constant in my life.

I hope the court will show compassion and allow him the opportunity to remain a central, guiding force in the lives of his children and grandchildren.

Thank you for your time and thoughtful consideration of this matter.

Respectfully,

Astrid Ortiz
Daughter-in-law

August 19, 2025

The Honorable Kathleen Williams
Wilkie Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Miami, FL 33128

Re: Sentencing of Pedro Juan Dominguez, Case No. 24-20311

**Dear Judge Williams,**

My name is Alexander Dominguez, and I am writing to you not just as a son, but as someone who has watched his father live a life of quiet strength, sacrifice, and unwavering love. He is 70 years old now, and late in his life he made a mistake that fills him with deep regret every day. I am asking for your mercy on his behalf, because the man I know is far more than this one moment.

My father's life has never been easy. By age 16, he came to the United States to work and support his family, carrying more responsibility than most people face in a lifetime. Despite these challenges, he built a life of integrity and devotion, not just for himself, but for his family and everyone around him.

He has always been our guide and our rock. He worked tirelessly to provide for us, but more importantly, he taught us through his example, he showed us the value of hard work, the power *of kindness, and the importance of loving one another. Everyone who knows him will tell you he* is a man who gives without hesitation, who opens his heart to anyone in need, and who stands by his word and his family.

People have always turned to him when they are struggling, seeking his advice, comfort, or just a steady presence. That has always been my father, someone who lifts others. And yet, despite this lifetime of doing good, he made a poor choice, one he wishes with all his heart he could take back.

Judge Williams, I ask that you see him as I see him: a man who has spent decades living with integrity, raising a family, helping his community, and showing love in ways words can barely capture. He is remorseful, he is ashamed, and he is ready to live out the rest of his life with dignity. I plead with you to grant him as much mercy as you can in your ruling.

Thank you for taking the time to read my letter and for considering my father's life in full, beyond one regrettable mistake.

With deep respect and gratitude,

**Alexander Dominguez**

*[signature]*

September 20, 2025

United State District Court
Southern District of Florida
Hon. Kathleen Williams
400 North Miami Avenue
Miami, FL 33128
(305) 523-5100

Re: Good faith letter on behalf of Pedro Juan Dominguez. In the matter of the *United States of America v. Francisco Teodoro Tavaerez and Pedro Juan Dominguez*, Case No. 1:24-cr-20311-KMW.

Dear Judge Kathleen Williams,

My name is Franklin Dominguez, and I am writing on behalf of my brother, Pedro Juan Dominguez, who is scheduled to be sentenced in your court on October 1, 2025. I respectfully ask that you take a moment to consider the character and many positive qualities of my brother as you make your final ruling.

Allow me to share a bit more about Pedro. First and foremost, he is an incredible human being. He has been a devoted father who always prioritizes the well-being of his children and grandchildren above his own. He consistently strives to create a loving and stable environment for his family. Additionally, Pedro was always a loving son to our mother, as well as a caring brother and sibling. His actions consistently reflect a deep sense of respect and responsibility toward his loved ones and his community.

In addition to his role as a family man, Pedro has also been devoted to Bible studies during this difficult time. He is working hard to better himself and grow spiritually, with the sincere hope of becoming a better person. His commitment to faith and self-improvement reflects his remorse and his desire to make meaningful changes in his life.

While I fully understand the gravity of the situation and the importance of justice, I kindly ask that you consider Pedro's character and the positive contributions he has made to those around him, beyond the charges he faces. I believe he is genuinely remorseful and has the potential to continue being a positive influence on others moving forward.

Sincerely,

Franklin Dominguez