UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20311-WILLIAMS

UNITED STATES OF AMERICA

v.

PEDRO JUAN DOMINGUEZ,

      Defendant.

**UNITED STATES' MOTION TO CORRECT JUDGMENT
TO INCORPORATE PRELIMINARY ORDER OF FORFEITURE**

In accordance with Federal Rules of Criminal Procedure 35(a)[1] and 36,[2] the United States of America, through the undersigned Assistant United States Attorney, moves to correct the Judgment entered against Defendant Pedro Juan Dominguez [ECF No. 67] because it contains a clerical error related to forfeiture.

Consistent with Federal Rule of Criminal Procedure 32.2(b)(4)(B), the Court pronounced forfeiture at sentencing as part of the defendant's sentence and incorporated by reference the Preliminary Order of Forfeiture [ECF No. 65]. The Judgment, however, in its "Schedule of Payments" section, does not check the box indicating that the defendant is subject to forfeiture or mention the Preliminary Order of Forfeiture. [*See* ECF No. 67 at 7].

The United States respectfully requests that the Court enter an Amended Judgment,

---

[1] "**(a) Correcting Clear Error**. Within 14 days after sentencing, the court may correct a sentence that resulted from arithmetical, technical, or other clear error." Fed. R. Crim. P. 35(a).

[2] "After giving any notice it considers appropriate, the court may at any time correct a clerical error in a judgment, order, or other part of the record, or correct an error in the record arising from oversight or omission." Fed. R. Crim. P. 36.

checking the box in the Schedule of Payments related to forfeiture and stating: "FORFEITURE of the defendant's right, title and interest in certain property is hereby ordered consistent with the plea agreement and the Preliminary Order of Forfeiture [ECF No. 65] which is incorporated by reference herein."

## LOCAL RULE 88.9 CERTIFICATION

Pursuant to Local Rule 88.9, I hereby certify that the undersigned counsel attempted to confer with defense counsel via e-mail on October 3, 2025, but has received no response.

Respectfully submitted,

**JASON A. REDING QUIÑONES**
**UNITED STATES ATTORNEY**

By: s/ *Jorge R. Delgado*
Jorge R. Delgado
Assistant United States Attorney
Florida Bar No. 084118
U.S. Attorney's Office
500 E. Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
Telephone: (954) 660-5954
E-mail: Jorge.Delgado2@usdoj.gov