**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-CR-20311-WILLIAMS**

**UNITED STATES OF AMERICA**

v.

**PEDRO JUAN DOMINGUEZ,**

Defendant.

---

**ORDER GRANTING UNITED STATES' MOTION TO CORRECT JUDGMENT TO INCORPORATE PRELIMINARY ORDER OF FORFEITURE**

The Government has filed a Motion to Correct the Judgment (the "Motion") [ECF No. __] entered against Defendant Pedro Juan Dominguez [ECF No. 67] to incorporate the Preliminary Order of Forfeiture [ECF No. 65] pronounced as part of sentencing. Having reviewed the Motion, the record, and the applicable law, it is hereby **ORDERED** that:

1. The Motion [ECF No. __] is **GRANTED**.

2. An Amended Judgment will follow separately.

**DONE AND ORDERED** in Miami, Florida, this _____ day of October 2025.

_____
**KATHLEEN M. WILLIAMS**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record