UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20311-WILLIAMS

UNITED STATES OF AMERICA

v.

PEDRO JUAN DOMINGUEZ,

Defendant.

## ORDER GRANTING UNITED STATES' MOTION TO CORRECT JUDGMENT TO INCORPORATE PRELIMINARY ORDER OF FORFEITURE

The Government has filed a Motion to Correct the Judgment (the "Motion") [ECF No.68] entered against Defendant Pedro Juan Dominguez [ECF No. 67] to incorporate the Preliminary Order of Forfeiture [ECF No. 65] pronounced as part of sentencing. Having reviewed the Motion, the record, and the applicable law, it is hereby **ORDERED** that:

1. The Motion [ECF No. 68] is **GRANTED**.

2. An Amended Judgment will follow separately.

**DONE AND ORDERED** in Miami, Florida, this 6th day of October 2025.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc: counsel of record